# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MATTHEW MIRE

NO. 2021 KW 1305

OCTOBER 27, 2021

---

In Re:   Matthew Mire, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. J-2100208453.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**STAY LIFTED. WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
  FOR THE COURT